**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION**

**CARL WATTS**                                                                       **PLAINTIFF**

**VERSUS**                                          **CIVIL ACTION NO.  2:05-cv-110-KS-MTP**

**CHRISTOPHER EPPS, et al.**                                            **DEFENDANTS**

<u>**ORDER DENYING REQUESTS FOR RECORDS AND TRANSCRIPT**</u>

BEFORE THE COURT is the Plaintiff's request [64] for a copy of the court records and transcript in this matter pursuant to Miss. Code §§ 25-61-3 and 25-61-5, and the court having considered the motion and the applicable law finds that it should be DENIED.

The statutes cited by plaintiff are provisions of the Mississippi Public Records Act which are not applicable to this court.  Nevertheless, the records of this court are public[1] and plaintiff may obtain a copy of them by directing a specific written request to the clerk of court and advancing the reasonable costs for retrieving and copying the records desired.  Likewise, plaintiff may obtain transcripts by submitting a written request to the court reporter and paying the charges associated with preparing the transcript.  Plaintiff is not entitled to obtain copies of records in this closed matter free of charge or at taxpayer expense.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Plaintiff's motion for an order directing the clerk of court to provide him with records and transcripts free of charge is denied.

**SO ORDERED AND ADJUDGED** this the 19th day of July, 2008.

                                                       s/ Michael T. Parker
                                                       United States Magistrate Judge

---

[1] See Local Rule 83.1(A)